

FILED

JUL 1 5 2019

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA    )
                                   )
        v.                    )  DOCKET NO. 4:19-MJ-_98_
                                   )  (Misdemeanor)
SHAWN T. WHITE            )  VA 19
                                   )
                                   )  Court Date: July 29, 2019
                                   )  Time: 8:30 a.m.

### CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)  Ticket No.8091850

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 29, 2019, at Fort Eustis, Virginia, on lands acquired for the use of the

United States, within the special maritime and territorial jurisdiction of this court, in the

Eastern District of Virginia, SHAWN T. WHITE, did unlawfully assault Kawanna J. Harper

by biting the fingers of the said Kawanna J. Harper, striking her on the face with his hand and

pulling her hair.  (In violation of Title 18 United States Code, Section 113(a)(4).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:    *[signature]*

STACEY N. JACOVETTI
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
stacey.n.jacovetti.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on _Ju i ii_ , 2019, I served a true copy of the foregoing CRIMINAL

INFORMATION on the defendant SHAWN T. WHITE.

STACEY N. JACOVETTI
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone:  (757) 878-2205, ext 234
Fax:  (757) 878-5289
stacey.n.jacovetti.mil@mail.mil